570 A.2d 957

STATE OF NEW JERSEY v. SAVERIO BUONADONNA.

STATE OF NEW JERSEY v. MICHAEL TALOTTI.

STATE OF NEW JERSEY v. NORMAN GRIST, III.

October 10, 1989.

Petition for certification granted.

570 A.2d 958

BERNARD LAUFGAS v. BARNEGAT TOWNSHIP
BOARD OF EDUCATION.

October 10, 1989.

Petition for certification denied.

570 A.2d 958

STATE OF NEW JERSEY v. BERNARD LAUFGAS.

October 10, 1989.

Petition for certification denied.

570 A.2d 958

STATE OF NEW JERSEY v. GUYRON WALKER.

October 10, 1989.

Petition for certification denied.